# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| High Score Entertainment, et al., | Case No.: 2:14-cv-2117-JAD-VCF |
| Plaintiff, | **Order Remanding Case for Want of Jurisdiction** |
| vs. | |
| Genesis 2013, LLC, et al., | |
| Defendant. | |

On January 30, 2015, I gave plaintiffs until February 17, 2015, to show cause why the $75,000 amount-in-controversy requirement is met in this case, and I cautioned plaintiff that "[f]ailure to demonstrate good cause for this court to exercise jurisdiction over this action will result in its remand without further prior notice." Doc. 15 at 2. More than two weeks have passed since the February 17, 2015, deadline passed, and plaintiffs have not shown good cause.

Accordingly, it is **HEREBY ORDERED** that this case is **REMANDED** to the Eighth Judicial District Court for Clark County, Nevada, Case No. A-14-709176 for want of jurisdiction. All pending motions are denied as moot. The Clerk of Court is instructed to close this case.

DATED: March 4, 2015.

_____
Jennifer A. Dorsey
United States District Judge